# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

135928

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GREG FALK, a/k/a GREG SCHOENLIEN, a/k/a
GREG BEDDOW, a/k/a GREG SCHOELEIN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135928
COA: 281400
Wayne CC: 06-018424-01

_____/

On order of the Court, the application for leave to appeal the January 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

p0915